# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

**MICHAEL GLOVER,**

        **Plaintiff,**

    **-vs-**                                      **Case No.    05-C-869**

**CAPTAIN STEVEN HAFERMAN, BILL MCCREEDY,
MATTHEW J. FRANK, JAMES GREER,
MICHAEL DITTMANN, DAVID TARR,
TIMOTHY IMMEL, DR. ELSA HORN,
DEBRA PALM, WARDEN LARRY JENKINS,
HAYLEY HERMANN, and SERGEANT SCOTT JABER,**

        **Defendants.**
_____

# ORDER
_____

Before the court is the plaintiff's May 18, 2006, motion for enlargement of time to file a response to the defendants' motion for summary judgment. The plaintiff states that he received the defendants' motion on May 1, 2006, and he seeks an additional fifteen days beyond the thirty days that he is allowed for filing his response.

However, on May 12, 2006, the court granted the plaintiff's motion for enlargement of time. Specifically, he was granted additional time until July 10, 2006, to complete discovery and additional time until August 10, 2006, to file a response to the defendants' motion for summary judgment. (*See* Order of May 12, 2006, at 3.) Currently, the plaintiff has more time

in which to file his response to the defendants' motion for summary judgment (until August 10, 2006) than he is seeking in the pending motion. Based on this, the plaintiff's motion will be denied as moot.

The plaintiff has also filed a letter requesting that the court order that the remainder of the filing fee that he owes in this case be withdrawn from his release account. According to the plaintiff, he owes a balance of $100.00 and he has that amount in his release account. Court records indicate that the plaintiff owes a balance of $104.69 for the filing fee in this case. Pursuant to the plaintiff's request, the court will order that the Secretary of the Wisconsin Department of Corrections or his designee withdraw $104.69 from the plaintiff's release account and forward it to the clerk of court's office as payment of the filing fee in this case. *See Doty v. Doyle*, 182 F. Supp. 2d 750, 751-52 (E.D. Wis. 2002).

## **ORDER**

**IT IS THEREFORE ORDERED** that the plaintiff's motion for enlargement time (Docket #63) is **denied as moot**.

**IT IS FURTHER ORDERED** that the Secretary of the Wisconsin Department of Corrections or his designee withdraw the $104.69 balance of the filing fee from the plaintiff's release account and forward it to the clerk of court as payment of the filing fee in this action.

**IT IS FURTHER ORDERED** that the clerk's office forward a copy of this order to the warden of Waupun Correctional Institution.

Dated at Milwaukee, Wisconsin, this 9th day of June, 2006.

                                **SO ORDERED,**

                                s/ Rudolph T. Randa
                                **HON. RUDOLPH T. RANDA**
                                **Chief Judge**